SMB

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED JK

AUG 16 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(JK)

micah-alo: el-shaya

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:22-CV-4321**
**Judge Pallmeyer**
**Magistrate Judge Cox**
**Random**

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

TESLA, INC.

Paula Oswald TTEE for TESLA, INC.

_____

_____

_____

_____

RECEIVED

AUG 16 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(JK)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___X___ **OTHER** (cite statute, if known) 15 USC section 57b(a)(1)(b)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

    A.    Name: _micah-alo: el-shaya_

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _C/O 7156 West 127th Street Unit 131 Palos heights, Illinois [60463}_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _TESLA, INC._

           Title: _CORPORATION_

           Place of Employment: _3500 Deer Creek Rd, Palo Alto, CA. 94304_

    B.    Defendant: _Paula Oswald_

           Title: _VP Office of the Trustee Corporate Trust Services  Trustee C/O US Bank NA_

           Place of Employment: _633 W Fifth Street 24th Floor Los Angeles CA 90071_

    C.    Defendant: _____

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____
_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____

D. List all defendants: _____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made:_____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Affidavit

4                                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Grant an award of nominal, compensatory, general, and special damages against Defendants in excess of $300,000. 2.Grant an award of exemplary/punitive damages against Defendants. 3. Grant an award of actual damages, treble damages, punitive damages, civil penalties, and any other relief against Defendants.

VI.   The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __August__, 20 22

__By: micah-alo:el-shaya__
(Signature of plaintiff or plaintiffs)

__By: micah-alo:el-shaya__
(Print name)

_____
(I.D. Number)

_____
__c/o 7156 West 127ᵗʰ Street Ste 131 Palos Heights, Illinois[60463]__
(Address)